Beth F. JONES, Plaintiff—Appellant,

v.

**UKROP'S SUPERMARKETS, INCORPORATED, Defendant— Appellee.**

No. 05–1372.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2005.

Decided: Nov. 21, 2005.

Robert P. Geary, Richmond, Virginia, for Appellant. Lynn F. Jacob, Aaron S. Walters, Williams Mullen, Richmond, Virginia, for Appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by Unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Beth F. Jones appeals the district court's order dismissing her civil action alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Ukrop's Supermarkets, Inc.,* No. CA–04–833–3 (E.D.Va. Feb. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*